*State, Respondent, v. Krona, Petitioner*, No. 92037-1. Petition for review of a decision of the Court of Appeals, No. 71810-0-I, July 27, 2015, 189 Wn. App. 1007. *Denied* January 6, 2016.

*State, Respondent, v. Moreno Vargas, Petitioner*, No. 92061-3. Petition for review of a decision of the Court of Appeals, No. 45568-4-II, July 7, 2015, 188 Wn. App. 1040. *Denied* January 6, 2016.

*State, Respondent, v. Jordan, Petitioner*, No. 92072-9. Petition for review of a decision of the Court of Appeals, No. 72892-0-I, May 4, 2015, 187 Wn. App. 1022. *Denied* January 6, 2016.

*State, Respondent, v. Nelson, Petitioner*, No. 92073-7. Petition for review of a decision of the Court of Appeals, No. 71852-5-I, July 20, 2015, 188 Wn. App. 1059. *Denied* January 6, 2016.

*State, Respondent, v. Hargrove, Petitioner*, No. 92074-5. Petition for review of a decision of the Court of Appeals, No. 30940-1-III, July 9, 2015, 188 Wn. App. 1046. *Denied* January 6, 2016.

*State, Respondent, v. Ray, Petitioner*, No. 92076-1. Petition for review of a decision of the Court of Appeals, No. 46035-1-II, July 14, 2015, 188 Wn. App. 1052. *Denied* January 6, 2016.

*State, Respondent, v. Delacruz et al., Petitioners*, No. 92077-0. Petitions for review of a decision of the Court of Appeals, Nos. 45656-7-II and 45723-7-II, July 14, 2015, 188 Wn. App. 1050. *Denied* January 6, 2016.

*State, Respondent, v. Thorson, Petitioner*, No. 92083-4. Petition for review of a decision of the Court of Appeals, No. 32997-6-III, July 9, 2015, 188 Wn. App. 1046. *Denied* January 6, 2016.